**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:    Earl McVay v. The State of Texas

Appellate case number:    01-19-00480-CR

Trial court case number:    MD-0374753

Trial court:    County Court at Law No. 1 of Galveston County

Appellant's motion for substitution of appellate counsel is GRANTED. Winston E. Cochran, Jr., Texas Bar No. 04457300, P.O. Box 2945, League City, Texas, 77574 is hereby designated as appellant's counsel of record.

It is so ORDERED.


Judge's signature:    _____/s/ Russell Lloyd_____
                                         Acting individually


Date:    ___September 17, 2019_____